FILED
AUG 19 2026
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No: 2:26mj273 |
| | ) | Court Date: September 2, 2026 |
| | ) | |
| FREDERICK O. ARKO, | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

COUNT ONE
Misdemeanor - Violation Notice E2351081

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 10, 2026, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, FREDERICK O. ARKO, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT TWO
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 10, 2026, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, FREDERICK O. ARKO, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

COUNT THREE
Misdemeanor - Violation Notice E2351077

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 22, 2026, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, FREDERICK O. ARKO, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT FOUR
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 22, 2026, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, FREDERICK O. ARKO, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

COUNT FIVE
Misdemeanor - Violation Notice E2351079

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 3, 2026, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, FREDERICK O. ARKO, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT SIX
(Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 3, 2026, at Naval Station Norfolk, Virginia, in the Eastern District of Virginia, the defendant, FREDERICK O. ARKO, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Todd W. Blanche
Attorney General

Theophani K. Stamos
First Assistant United States Attorney

/s/

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/

Taryn M. Meeks
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6338
Cell: (757)-323-3467
Email: Taryn.Meeks2@usdoj.gov

August 12, 2026

Date